BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant JOSE GABINO PUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE GABINO PUENTES,<br><br>　　　　　　Defendant. | ) No. CR 03-00108 WHA<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER CONTINUING SENTENCING<br>) DATE FOR DEFENDANT'S<br>) SUPERVISED RELEASE VIOLATION<br>) JULY 31, 2007 TO AUGUST 14, 2007<br>)<br>)<br>)<br>) |

## STIPULATION

The undersigned parties stipulate as follows:

1. At the hearing before this Court on July 10, 2007, the Court set the sentencing date for Mr. Puentes' supervised release violation in this matter for July 31, 2007 at 2:00 p.m. The Court ordered the defense to file its memorandum on July 17, 2007, and the government to file its memorandum on July 24, 2007. The Court stated that the defense could file a reply to the government's memorandum, but did not specify a filing date.

2. The defense requests that the sentencing be continued to the Court's next available calendar, August 14, 2007, for the following reasons: The defense cannot yet file its

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 03-00108 WHA

memorandum because undersigned counsel needs additional time to gather information that it believes is relevant to the sentencing. On July 17, 2007, undersigned defense counsel visited Mr. Puentes in custody, and attempted to obtain documentation from Mr. Puentes relating to the state sentence on the misdemeanor conviction that forms the basis for more than one of the supervised release violations. The Glen Dyer deputy would not allow Mr. Puentes to give undersigned counsel the documents, so the defense will attempt to obtain them by sending Mr. Puentes a self-addressed stamped envelope. The defense also wishes to speak to additional family members on matters relevant to sentencing, and to speak to Mr. Puentes again after those interviews have been completed. That process has been delayed for reasons outside of defense counsel's control. As the Court will recall, the defense is requesting a time-served sentence, so it is only very reluctantly that the defense requests this delay.

3. In light of the representations by defense counsel in paragraph two, the government does not object to the continuance of the sentencing date.

4. The parties suggest the following briefing schedule to the Court. The defense will file its memorandum on July 27, 2007, the government will file its memorandum on August 7, 2007, and the defense will file any reply by August 10, 2007 or any other date set by the Court.

IT IS SO STIPULATED

Date: July 18, 2007    _____/S/_____
                       SHAWN HALBERT
                       Assistant Federal Public Defender

Date: July 19, 2007    _____/S/_____
                       ROBIN HARRIS
                       Assistant United States Attorney

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 03-00108 WHA

2

<u>ORDER</u>

For GOOD CAUSE SHOWN, it is hereby ORDERED that the sentencing of Jose Puentes, previously set by this Court for July 31, 2007 at 2:00 p.m., shall be continued to August 14, 2007 at 2:00 p.m. IT IS FURTHER ORDERED THAT the defense will file its memorandum on July 27, 2007, the government will file its memorandum on August 7, 2007, and the defense will file any reply by August 10, 2007.

Date: July 22, 2007

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

STIP. AND [PROP] ORDER CONTINUING
SENTENCING DATE; No. CR 03-00108 WHA

3