| | |
|---|---|
| 1 | STEVEN KALAR |
|   | Federal Public Defender |
| 2 | RITA BOSWORTH |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA  94102 |
| 4 | Telephone:  (415) 436-7700 |
|   | Telefacsimile: (415) 436-7706 |
| 5 | |
|   | Counsel for Defendant PUENTES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-03-108 WHA |
| | ) | |
| Plaintiff, | ) | STIPULATION [AND ~~PROPOSED~~ |
| | ) | ORDER] TO CONTINUE REVOCATION |
| v. | ) | HEARING |
| | ) | |
| JOSE PUENTES, | ) | Current hearing date: March 26, 2013 |
| | ) | Proposed hearing date: April 16, 2013 |
| Defendant. | ) | |
| _____ | ) | |

1. Mr. Puentes made his initial appearance before the district court on a Form 12 on February 12, 2013.  The Form 12 alleged conduct that has been charged in state court and was yet unresolved.  The parties agreed to continue the violation hearing in federal court until after the state court matter was resolved and requested a new hearing date of March 26.

2. Undersigned defense counsel understands from the defendant's state court attorney that the matter in state court is scheduled to be resolved on April 8, 2013.

3. In order to meaningfully address the violation in federal court, the parties request that the current hearing date of March 26 be continued until after the state matter has been resolved.  Undersigned defense counsel will be out of the district during the week of

Stip. To Continue, *U.S. v. Puentes*, 03-108 WHA

April 8. Therefore, the parties propose that the hearing be continued to April 16 at 2:00.

4. Mr. Puentes is out of custody and remains compliant with all conditions of supervised release.

5. Probation Officer Bobby Love agrees to the continuance and is available on April 16.

SO STIPULATED.

```
                                            STEVEN KALAR
                                            Federal Public Defender

 3/25/13                                           /s/
 ─────────────                              ──────────────────────
   DATE                                     RITA BOSWORTH
                                            Assistant Federal Public Defender


                                            MELINDA HAAG
                                            United States Attorney

 3/25/13                                           /s/
 ─────────────                              ──────────────────────
   DATE                                     ROBIN HARRIS
                                            Assistant United States Attorney
```

The Court hereby ORDERS that the revocation hearing set for March 26 shall be VACATED and rescheduled for April 16 at 2:00 p.m.

```
 March 25, 2013.                            ──────────────────────
   DATE                                     WILLIAM ALSUP
                                            United States District Judge
```

Stip. To Continue, *U.S. v. Puentes*, 03-108 WHA

1